**Order entered March 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01751-CV

**UNIVERSITY GENERAL HOSPITAL, L.P., ET AL., Appellant**

**V.**

**REED MIGRAINE CENTERS OF TEXAS, PLLC, ET AL., Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02875-A**

## ORDER

Before the Court is the motion of Kelly, Durham & Pittard, LLP, Leighton Durham, and Leigh Prichard Bradford to Withdraw as Counsel for Appellees, Reed Migraine Centers of Texas, PLLC, Dr. Kenneth L. Reed, M.D., and Neuro Stim Technologies, LLC in which movants seek, with the permission of Appellees, to withdraw as counsel because Appellees have retained new counsel. The Court **GRANTS** the motion. Kelly, Durham & Pittard, LLP, Leighton Durham, and Leigh Prichard Bradford are permitted to withdraw as counsel for Appellees, Reed Migraine Centers of Texas, PLLC, Dr. Kenneth L. Reed, M.D., and Neuro Stim Technologies, LLC. Hawkins, Parnell, Thackston & Young, LLP and the Law Office of Mark A. Ticer shall remain as counsel for Appellees Reed Migraine Centers of Texas, PLLC, Dr. Kenneth L. Reed, M.D., and Neuro Stim Technologies, LLC.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE